IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIMOTHY PRINCE FRANKLIN,

    Petitioner,                    No. CIV S-08-1276 FCD CHS P

    vs.

JAMES WALKER, Warden,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas corpus proceedings. *See Nevius v. Sumner*, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." *See* Rule 8(c), Fed. R. Governing § 2254 Cases. In this case, the interests of justice do not require the appointment of counsel at this time.

        Accordingly, IT IS HEREBY ORDERED that petitioner's December 15, 2009 request for appointment of counsel is denied.

DATED: December 18, 2009

                                                CHARLENE H. SORRENTINO
                                                UNITED STATES MAGISTRATE JUDGE

1